UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Van Vickle, | File No. 23-cv-618 (ECT/TNL) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| State of Minnesota, | |
| Respondent. | |

Magistrate Judge Tony N. Leung issued a Report and Recommendation on June 15, 2023. ECF No. 8. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 8] is **ACCEPTED**;

2. Petitioner Douglas Van Vickle's Petition for Habeas Corpus Relief [ECF No. 1] is **DISMISSED** without prejudice;

3. Petitioner's Motion for Post-Conviction Remedy [ECF No. 2] and his application to proceed in forma pauperis [ECF No. 5] are **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 17, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court